United States District Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-CV-36 |
| | § | |
| $69,908.00 UNITED STATES CURRENCY | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Government's Amended Motion for Default Judgment and Entry of Final Order of Forfeiture (Dkt. No. 21), which the Undersigned referred to United States Magistrate Judge Christopher dos Santos for a report and recommendation (Dkt. No. 22). In his report and recommendation, Judge dos Santos recommends that the Court grant the motion for final default judgment and enter an order of forfeiture of the seized currency (Dkt. No. 23 at 14–15). The Government filed a statement of no objection to the report and recommendation (Dkt. No. 24). The time for filing objections has passed, and no other responses were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation for clear error. *See Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021) (per curiam). Finding none, the Court hereby **ADOPTS IN WHOLE** the report and recommendation (Dkt. No. 23). Accordingly, the Government's motion for final default judgment against the $69,908.00 in U.S. currency (Dkt. No. 21) is **GRANTED**. The Defendant currency is **FORFEITED** to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to

law. The Court will enter a Final Order of Forfeiture under separate cover. *See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** September 12, 2024.

*[signature]*
Marina Garcia Marmolejo
United States District Judge